

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Lucas Woods and Jessica Woods and In the Interest of L.K.L.W. and S.B.L.W., Children

No. 06-13-00123-CV

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 82459). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court on the issues of conservatorship and child support only and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, Lucas Woods, pay all costs of this appeal.

RENDERED APRIL 25, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk